# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA )
                v.                       ) CR. S-06-052 EJG
                                )
MICHAEL JACKSON           )

FILED
FEB 14 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (x) Ad Prosequendum                        ( ) Ad Testificandum.

Name of Detainee:     MICHAEL JACKSON

Detained at (custodian):     Deuel Vocational Institution, 23500 Kasson Road, Tracy, CA, 95376

Detainee is:   a.)   (X) charged in this district by:
                      (X) Indictment          ( ) Information          ( ) Complaint
                      Charging Detainee With: 18 U.S.C. § 1029(a)(3) - Possession of More Than Fifteen Unauthorized Access Devices

  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
  or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is                   currently being served at the detaining facility

Appearance is necessary March 13, 2006 at 2:00 p.m. in the Eastern District of California.

                  Signature: /s/ Robin R. Taylor
                  Printed Name & Phone No: Robin R. Taylor, (916) 554-2722
                  Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

        (X) Ad Prosequendum                       ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee March 13, 2006 at 2:00 p.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/14/06                                                                            Dale A. Drozd
Date                                                         United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | | DOB: | 6/24/69 |
| Facility Address: | Deuel Vocational Institution, | Race: | |
| | 23500 Kasson Road, Tracy, CA, 95376 | FBI #: | |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

---
### RETURN OF SERVICE
---

Executed on _____ by _____            _____
                                                                  (Signature)