```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0052-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER - AS MODIFIED* |
| ) | |
| MICHAEL JACKSON, ) | |
| ) | Date: April 7, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through CHRISTINE WATSON, Assistant U.S. Attorney, and defendant, MICHAEL JACKSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for March 10, 2006 be reset for Friday*, April 7, 2006 at 10:00 a.m.

    Mr. Jackson first appeared on February 27, 2006, and defense counsel just received significant discovery today.  Defense counsel

1

needs time to review the discovery with Mr. Jackson, investigate the case and compile records, and discuss the case with the prosecutor and Mr. Jackson to determine if there will be a plea and if motions should be filed.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 7, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 7, 2006         Respectfully submitted,

                             DANIEL J. BRODERICK
                             Acting Federal Defender


                             /s/ Rachelle Barbour
                             RACHELLE BARBOUR
                             Assistant Federal Defender
                             Attorney for Defendant
                             MICHAEL JACKSON



                             McGREGOR W. SCOTT
                             United States Attorney


DATED: March 7, 2006         /s/ Rachelle Barbour for
                             CHRISTINE WATSON
                             Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: March 9, 2006         /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             UNITED STATES DISTRICT JUDGE

2