```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0052-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | and ORDER |
| ) | |
| MICHAEL JACKSON, ) | |
| ) | Date:  April 21, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through CHRISTINE WATSON, Assistant U.S. Attorney, and defendant, MICHAEL JACKSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for April 7, 2006 be reset for Friday, April 21, 2006 at 10:00 a.m.

Defense counsel needs time to review the discovery with Mr. Jackson, investigate the case and compile records, and discuss the case

1

with the prosecutor and Mr. Jackson to determine if there will be a plea and if motions should be filed.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 21, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED:  April 5, 2006           Respectfully submitted,

                                DANIEL J. BRODERICK
                                Acting Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL JACKSON



                                McGREGOR W. SCOTT
                                United States Attorney


DATED:  April 5, 2006           /s/ Rachelle Barbour for
                                CHRISTINE WATSON
                                Assistant U.S. Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED: April 6, 2006            /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE
```

2