```
 1  EL BRODERICK, Bar #89424
    Acting Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  MICHAEL JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S-06-0052-EJG |
| ) | |
| Plaintiff,  ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v.  ) | AND ORDER |
| ) | |
| MICHAEL JACKSON,  ) | |
| ) | Date:   June 23, 2006 |
| Defendant.  ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, MICHAEL JACKSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 26, 2006 be reset for Friday, June 23, 2006 at 10:00 a.m.

Defense counsel needs time to review the discovery with Mr. Jackson, investigate the case and compile records, and discuss the case

1

with the prosecutor and Mr. Jackson to determine if there will be a plea and if motions should be filed.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 23, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  May 25, 2006              Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Acting Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHAEL JACKSON



                                  McGREGOR W. SCOTT
                                  United States Attorney


DATED:  May 25, 2006              /s/ Rachelle Barbour for
                                  ELLEN ENDRIZZI
                                  Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: May 25, 2006               /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

2