```
DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0052-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER |
| ) | |
| MICHAEL JACKSON, ) | |
| ) | Date: June 30, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, MICHAEL JACKSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for June 23, 2006 be reset for Friday, June 30, 2006 at 10:00 a.m.

Defense counsel needs time to review the discovery with Mr. Jackson, investigate the case and compile records, and discuss the case

1

```
 1  with the prosecutor and Mr. Jackson to determine if there will be a
 2  plea and if motions should be filed.
 3        The parties request that speedy trial time be excluded from the
 4  date of this order through the date of the status conference set for
 5  June 30, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
 6  time to prepare] (Local Code T4).
 7  DATED:  June 22, 2006                Respectfully submitted,
 8                                       DANIEL J. BRODERICK
 9                                       Federal Defender
10
11                                       /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
12                                       Assistant Federal Defender
                                         Attorney for Defendant
13                                       MICHAEL JACKSON
14
15
                                         McGREGOR W. SCOTT
16                                       United States Attorney
17
18  DATED:  June 22, 2006                /s/ Rachelle Barbour for
                                         ELLEN ENDRIZZI
19                                       Assistant U.S. Attorney
20
21                           O R D E R
22    IT IS SO ORDERED.
23
24  DATED: June 22, 2006                 /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
25                                       UNITED STATES DISTRICT JUDGE
26
27
28
                                      2
```