McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S. 06-0052 EJG |
| Plaintiff, | ) ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| MICHAEL JACKSON | ) ) | |
| Defendant. | ) ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael Jackson, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 1028(b)(5) and 1029(c)(1)(C), defendant Michael Jackson's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a.   Samsung Digimax 530 camera, serial no. 64413245;

       b.   HP 1000 printer, serial no. ENBJ119574;

       c.   USB card reader;

       d.   Epson Stylus C64 printer, serial no. FAGY055156;

///

1

    e. Epson Stylus Photo 820 printer, serial no. A6140000WI02709240;

    f. GBC Docuseal 40 laminator;

    g. Compaq laptop computer, serial no. 1V23KQ4HGCZR1; and

    h. Sony Vaio laptop computer, serial no. 283281303201329.

  2. The above-listed properties constitute property used or intended to be used, in any manner or part, to commit or to facilitate the commission of violations of 18 U.S.C. §§ 1029(a)(3), 1028(a)(3) and 1028(a)(5).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties.  That the aforementioned properties shall be seized and held by the Department of Homeland Security, United States Secret Service, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. §§ 1028(g) and 1029(c)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Record</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-described properties were seized, notice of this Order, notice of the Department of Homeland Security, United States Secret Service's intent to dispose of the properties in such manner as the Attorney General and/or Secretary of Department of Homeland Security may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

      b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the properties and any additional facts supporting the petitioner's claim and the relief sought.

      c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

   5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 1028(b)(5) and 1029(c)(1)(C) in which all interests will be addressed.

   IT IS SO ORDERED.

DATED: July 25, 2006

                     /s/ Edward J. Garcia
                     HONORABLE EDWARD J. GARCIA
                     Senior United States District Judge