```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>MICHAEL JACKSON                     )<br>                                    )<br>          Defendant.                )<br>_____ ) | CR-S-06-0052 EJG<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 26, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 1028(b)(5) and 1029(c)(1)(C) based upon the plea agreement entered into between plaintiff and defendant Michael Jackson forfeiting to the United States the following property:

    a.    Samsung Digimax 530 camera, serial no. 64413245;

    b.    HP 1000 printer, serial no. ENBJ119574;

    c.    USB card reader;

    d.    Epson Stylus C64 printer, serial no. FAGY055156;

    e.    Epson Stylus Photo 820 printer, serial no. A6140000WI02709240;

    f.    GBC Docuseal 40 laminator;

1         g.    Compaq laptop computer, serial no. 1V23KQ4HGCZR1; and

2         h.    Sony Vaio laptop computer, serial no. 283281303201329.

    AND WHEREAS, on August 11, 18 and 25, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 1028(b)(5) and 1029(c)(1)(C), to be disposed of according to law, including all right, title, and interest of Michael Jackson.

    2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

///
///
///
///
///

1  3. The Department of Homeland Security, United States Secret
2 Service shall maintain custody of and control over the subject
3 property until it is disposed of according to law.
4  SO ORDERED THIS 4TH day of October, 2006.

7                                    /s/ Edward J. Garcia
                                     HONORABLE EDWARD J. GARCIA
8                                    Senior United States District Judge